**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**RALEIGH DIVISION**

IN RE:
TAMEKA NICOLE BELL
1130 SWIFT CREEK SCHOOL RD.
WHITAKERS, NC 27891

CASE NO: 26-03236-5-DMW
CHAPTER 13

Debtor

**OBJECTION TO CONFIRMATION**

NOW COMES the Chapter 13 Trustee, and hereby moves for entry of an order denying confirmation of the Debtor's chapter 13 plan by finding it does not comply with the provisions of 11 U.S.C. §§ 1322 and or 1325. The basis for this objection is set forth below:

1. Upon information and belief, the Debtor will be unable to make all payments under the plan and comply with the plan, as required by 11 U.S.C. § 1325(a)(6).

**WHEREFORE**, based upon the foregoing, the Trustee respectfully requests that the Court deny confirmation of the plan, and for any other relief the Court deems just and proper.

Dated: September 8, 2026

*/s/ Michael B. Burnett*
Michael B. Burnett
CHAPTER 13 TRUSTEE
N.C. BAR NO. 42719
PO BOX 61039
RALEIGH, NC 27661-1039
TELEPHONE: (919) 876-1355

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**RALEIGH DIVISION**

IN RE:
TAMEKA NICOLE BELL

CASE NO: 26-03236-5-DMW
CHAPTER 13

Debtor

**CERTIFICATION OF SERVICE**

I, Heather Brown, of PO Box 61039, Raleigh, NC 27661-1039, do certify:

That I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age, and

That I have this day caused copies of the foregoing Objection to Confirmation on to be served on the parties listed below by United States mail bearing sufficient postage, or if such interested party is a Filing User, by electronic transmission, pursuant to Local Rule 5005-4(9)(b).

DATED: September 08, 2026

*/s/Heather Brown*
Case Administrator

*By U.S. Mail*

DEBTOR
TAMEKA NICOLE BELL
1130 SWIFT CREEK SCHOOL RD.
WHITAKERS, NC 27891

*By CM/ECF:*

ATTORNEY FOR DEBTOR
PALMER E. HUFFSTETLER, III
SOSNA & HUFFSTETLER LAW OFFICES, PLLC
3031 ZEBULON RD
ROCKY MOUNT, NC 27804